IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JASON JERRARD BOGGS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV213-042 |
| MIKE LAWSON, Deputy Sheriff, | : |
| Defendant. | : |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that Defendant violated his Fourteenth Amendment rights and that he did not advise Plaintiff of his rights pursuant to Miranda v. Arizona, 384 U.S. 436 (1966). Even accepting Plaintiff's assertions as true, he fails to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 24 day of July, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)